# EXHIBIT E

# 3 PAGES

HCR 22 – VERSION ADOPTED BY BOTH BODIES

16Mar2011... 0612h

2011 SESSION

11-0521

01/10

HOUSE CONCURRENT RESOLUTION *22*

A RESOLUTION declaring that although a trademarked name may include a New Hampshire geographic location such as "Mount Washington," no single business, firm, or association shall have sole authority or exclusive use of the name of such geographic location.

SPONSORS: Rep. Chandler, Carr 1; Rep. M. Tremblay, Coos 4; Rep. H. Richardson, Coos 2; Rep. Umberger, Carr 1; Rep. F. McCarthy, Carr 1; Sen. Bradley, Dist 3

COMMITTEE: State-Federal Relations and Veterans Affairs

AMENDED ANALYSIS

This concurrent resolution declares that although a trademarked name may include a New Hampshire geographic location such as "Mount Washington," no single business, firm, or association shall have sole authority or exclusive use of the name of such geographic location.

16Mar2011... 0612h

11-0521

01/10

STATE OF NEW HAMPSHIRE

*In the Year of Our Lord Two Thousand Eleven*

A RESOLUTION declaring that although a trademarked name may include a New Hampshire geographic location such as "Mount Washington," no single business, firm, or association shall have sole authority or exclusive use of the name of such geographic location.

Whereas, at 6,288 feet Mount Washington is the highest peak in the Northeastern United States and is located in the Presidential Range of the White Mountains, in Coos County, New Hampshire; and

Whereas, Mount Washington is a natural landmark known throughout the world for its majestic beauty and its dangerously erratic weather; and

Whereas, Mount Washington signifies the tough, resilient "live free or die" nature of New Hampshire and its residents; and

Whereas, Mount Washington is unique to New Hampshire; now, therefore, be it

Resolved by the House of Representatives, the Senate concurring:

That while the New Hampshire house of representatives understands and supports the need for firms, corporations, or persons to have trademark protection and that the name may include a New Hampshire geographic location such as "Mount Washington," no single business, firm, or association shall have sole authority or exclusive use of the name of such geographic location; and

That copies of this resolution be forwarded by the house clerk to the United States Patent and Trademark Office.

New Hampshire General Court - Bill Status System

# HCR22

**Bill Title:** *(New Title)* declaring that although a trademarked name may include a New Hampshire geographic location such as "Mount Washington," no single business, firm, or association shall have sole authority or exclusive use of the name of such geographic location.

## General Status:

LSR#: **521**   Body: **H**   Local Govt: **N**   Chapter#: **None**   Gen Status: **PASSED**

## House Status

| | |
|---|---|
| Status | PASSED / ADOPTED WITH AMENDMENT |
| Status Date | 3/16/2011 |
| Current Committee | STATE-FEDERAL RELATIONS AND VETERANS AFFAIRS |
| Committee of Referral | STATE-FEDERAL RELATIONS AND VETERANS AFFAIRS |
| Date Introduced | 1/6/2011 |
| Due out of Committee | 3/10/2011 |
| Floor Date | 3/16/2011 |

## Senate Status

| | |
|---|---|
| Status | PASSED / ADOPTED |
| Status Date | 5/25/2011 |
| Current Committee | COMMERCE |
| Committee of Referral | COMMERCE |
| Date Introduced | 4/27/2011 |
| Due out of Committee | |
| Floor Date | 5/25/2011 |

## Sponsors

| | | |
|---|---|---|
| **(P)** Gene Chandler (r) | Herbert Richardson (r) | Frank McCarthy (r) |
| Marc Tremblay (r) | Karen Umberger (r) | Jeb Bradley (r) |

## Next/Last Hearing: SENATE COMMERCE

| Date: | Time: | Place: | Majority Report: | Minority Report: |
|---|---|---|---|---|
| 05-10-2011 | 09:00 AM | LOB 102 | Ought to Pass | None |

NH General Court - Bill Status System
Search Results

Bills Found : 2

| | |
|---|---|
| **HB193** | **Title:** relative to the Mount Washington commission. |
| Session Year 2011 | G-Status: HOUSE |
| | House Status: RETAINED IN COMMITTEE |
| | Senate Status: |
| | Next/Last Comm: HOUSE EXECUTIVE DEPARTMENTS AND ADMINISTRATION |
| | Next/Last Hearing: 01/25/2011 at 11:00 AM    LOB 306 |

| | |
|---|---|
| **HCR22** | **Title:** (New Title) declaring that although a trademarked name may include a New Hampshire geographic location such as "Mount Washington," no single business, firm, or association shall have sole authority or exclusive use of the name of such geographic location. |
| Session Year 2011 | G-Status: SIGNED BY GOVERNOR |
| | House Status: PASSED / ADOPTED WITH AMENDMENT |
| | Senate Status: PASSED / ADOPTED |
| | Next/Last Comm: SENATE COMMERCE |
| | Next/Last Hearing: 05/10/2011 at 09:00 AM    LOB 102 |

| NH House | NH Senate |
|---|---|